Seventy Court of Appeal
Potter County Court Building
501 S Fillmore Suite # 2-A
Amarillo Tx 79101-2449                    2-20-2015

FILED
MAR 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Re: James Weldon Burton pro-se vs The State of Texas
Cause # 07-06-00123-CR  trail # 16-692-B

Dear Honorable Clerks  Attn Vivian Long

   I am writing you back today in response to your last letter 10-9-2014

   I had requested to buy copies of all the states exhibits used in my
criminal trail.

   Maybe I was not clear in my last request dated 9-15-2014
So I will clarify my request once again
And I do need to understand you correctly.

   My question is!

   Does or Did the 7th Court of Appeal have or ever has a copy of the
States exhibits #7 a DVD and States exhibits #15 a Amarillo Police
department report?

   Here is why I ask this question

Judge John Broad stated at trail  Vol #3 page 130 lines 18-23
about  States exhibits #7

"Just for the record, I did instruct the reporter prior to the playing
of the tape that we would just attach a copy of the exhibit
that has been admitted as the transcript for purposes of
appellate records  thank you"

So has the 7th Court of Appeals had or have a copy of the
States exhibit #7?

The Randall County District Clerks office does not have a copy of the states exhibits 7# or 15# that was used during my trail

The District Clerk referred me to the Randall County District Attorney office to obtain my requested documents.

And the DAs office does not answer my letters or request to obtain these documents.

I have also filed a motion in the 181st Randall County District Court Requesting full access to Reporters Records & Clerks Records & Discovery

Judge Board has never responded to the request to access to trail records ≠ discovery!

I have also filed a pro-so motion with the 7th Court of Appeals to have the Court reporters records and Randall County District Clerks records to be supplemented with missing documents States Exhibits 7# & 15# and missing and omitted testomeny & names of prospective jurors in the transcripts

The 7th Court of Appeals "overruled as untimely"

I am not asking for any legal abuise!
I am asking for the documents needed to file my next Appeal.

I also would request a Dockett sheet of all the events in my case from 4-10-2006 up to date.

Please date stamp a copy and return for my files

I want to thank you for all your time & help in these very important matters

I look forward to hearing back within 7 to 14 business days

Respectfully
James Weldon Burton pro-se   TDCJ# 1363789
Coffield Unit 2661-FM-2054
Tennessee Colony Tx 75884

James Weldon Burton TDCJ 1363785
CoffieldUnit 2661 FM 2054
Tennessee Colony Tx 75884

NORTH TEXAS TX 750
DALLAS TX 750
25 FEB 2013 PM 4 L

Seventh Court of Appeals
↳ P.O. Box 9540
Amarillo Tx 79105-9540

79105954040